Jessica Molligan, OSB #001823
Attorney at Law
PO Box 16893
Portland, OR  97292
971.350.7347
jessicamolligan@comcast.net

UNITED STATES BANKRTUPCY COURT
FOR THE DISTRICT OF OREGON

In re                 )

Esau Hamadanyan,     )     Case No. 25-33810-thp7

                  )     MOTION FOR RECONSIDERATION

    Debtor.         )     AND FOR CONTINUANCE OF

                  )     APRIL 21, 2026 HEARING

COMES NOW Jessica Molligan and moves this Court to reconsider its Order on April 21, 2026 granting the U.S. Trustee's Motion to Disgorge Attorney Fees.  Jessica Molligan did not receive notice of the hearing and was not aware that it was taking place.  Jessica Molligan did not receive electronic notification or by any other means.  In fact, Jessica Molligan was currently attending a 341 Hearing on a different matter.

For these reasons, I request that this Court reconsider its Order and allow a continuance of the hearing for a date to be set.

DATED this April 22, 2026          /s/ Jessica Molligan
                                       Jessica Molligan, OSB #001823

Jessica Molligan
Attorney at Law
PO Box 16893
Portland, OR  97292

**Certificate of Service.**  I hereby certify that on April 22, 2026 I caused a copy of this to be served on all parties receiving electronic service by CM/ECF.

/s/ Jessica Molligan
Jessica Molligan

Page -2- MOTION FOR RECONSIDERATION AND
CONTINUANCE

Jessica Molligan
Attorney at Law
PO Box 16893
Portland, OR  97292