05/19/2026                                                                    Judge  Teresa H Pearson

01:30 25-33810-thp7                    Esau Hamadanyan - db              No appearance

                                       US Trustee, Portland -ust         CHRISTIAN TORIMINO

**Matters:**
**1- Motion to Disgorge Attorney Fees Pursuant to Sections 329, 526, and 528 and Supporting Document(s). Filed by U.S. Trustee US Trustee, Portland (TORIMINO, CHRISTIAN) Doc# 18**

**2- Motion for Reconsideration and for Continuance of April 21, 2026 Hearing . Filed by Interested Party Jessica Molligan Re: 22 Hearing Held Re: 18 Motion to Disgorge Attorney Fees Pursuant to Sections 329, 526, and 528 and Supporting Document(s). Filed by U.S. Trustee US Trustee, Portland (TORIMINO, CHRISTIAN) filed by U.S. Trustee US Trustee, Portland (MOLLIGAN, JESSICA) Modified on 4/30/2026 Corrected: Added Link to Related ECF No. 22 and Corrected Docket Text. (dcm). Doc# 23**

Additional Appearances: JESSICA MOLLIGAN

Summary of Proceedings

The court granted Ms. Molligan's motion for reconsideration due to lack of service of notice of the original hearing and stated that it would hear the motion to disgorge anew, without regard to any argument from the original hearing.

Mr. Torimino argued the fee agreement does not comply with 11 U.S.C. section 528(a)(1).  Mr. Torimino also argued Ms. Molligan failed to provide the legal services she was hired to provide, a violation of 11 U.S.C. section 526(a)(1).  Ms. Molligan argued that although the fee agreement was deficient, the debtor understood the agreement, the debtor caused her to do a lot of additional work, and she did not believe that all of her fees should be disgorged.  The parties agreed that the fee agreement attached to the U.S. Trustee's motion was the applicable fee agreement.

For the reasons set forth on the record, the court found that the fee agreement was void because it did not comply with the requirements of the Bankruptcy Code.  The court will grant the motion to require disgorgement of fees.

Order to be prepared by:          _____  Clerk's Office          _____  Chambers          Other:  Mr. Torimino

Minute Order:

It is ORDERED, the motion for reconsideration is granted.

_Teresa H. Pearson_
Teresa H. Pearson
U.S. Bankruptcy Judge