Below is an order of the court.

_Teresa H. Pearson_
TERESA H. PEARSON
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON**

In re

Esau Hamadanyan,

Debtor.

Case No. 25-33810-thp7

**ORDER GRANTING THE U.S. TRUSTEE'S MOTION TO DISGORGE ATTORNEY FEES**

The Court held a hearing on May 19, 2026 on the U.S. Trustee's Motion to Disgorge Attorney Fees Pursuant to §§ 329, 526, and 528 (ECF Doc. 18). For violations of 11 U.S.C. §§ 528(a)(1)(A) and (B) as stated on the record at the hearing,

IT IS HEREBY ORDERED as follows:

1. The Bankruptcy Fee Agreement between Esau Hamadanyan and Jessica Molligan is void.

2. Within 14 days of entry of this order, Jessica Molligan must return $1,112 to Esau Hamadanyan and provide proof of that payment to the U.S. Trustee.

Page 1 of 2 – **ORDER GRANTING THE U.S. TRUSTEE'S MOTION TO DISGORGE ATTORNEY FEES**

###

I hereby certify that I have complied with the requirements of LBR 9021-1(a)(2)(B).

Presented by:

JONAS V. ANDERSON
Acting United States Trustee for Region 18

/s/ Christian A. Torimino
CHRISTIAN A. TORIMINO
WSBA #52927, Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
1220 SW 3rd Ave., Rm 315
Portland, OR 97204
Tel: (202) 306-4948
Email:  christian.torimino@usdoj.gov